■ In the Matter of Shayolanda M., a Person Alleged to be a Juvenile Delinquent, Appellant. [992 NYS2d 422]—

Order of disposition, Family Court, New York County (Susan R. Larabee, J.), entered on or about February 25, 2014, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute the crime of criminal possession of stolen property in the fifth degree, and placed her with the Administration for Children's Services' Close to Home Program for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in adjudicating appellant a juvenile delinquent and placing her with the Close to Home Program rather than ordering an adjournment in contemplation of dismissal (ACD). This was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (see Matter of Katherine W., 62 NY2d 947 [1984]). Appellant had already received an ACD and a juvenile delinquency adjudication as the result of prior arrests. Furthermore, among other things, appellant has a history of violent and aggressive behavior, she demonstrated a pattern of truancy and absconding from placement facilities, her home life was unstable and lacking proper adult supervision, and she was not compliant with regard to taking psychiatric medications. Concur—Sweeny, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.

■ The People of the State of New York, Respondent, v Ronald Scrima, Appellant. [993 NYS2d 522]—Appeals having been taken to this Court by the above-named appellant from judgments of resentence of the Supreme Court, Bronx County (William I. Mogulescu, J.), rendered on or about January 9, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Sweeny, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.